HEATHER E. WILLIAMS, #122664
Federal Defender
MEGHAN McLOUGHLIN, NY# 5342100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
DAVID WARREN LEHEW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CR-00216-DAD |
| *Plaintiff*, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| vs. | |
| DAVID WARREN LEHEW, | Date: October 31, 2023 |
| *Defendant*. | Time: 9:00 a.m. |
| | Court: Hon. Dale A. Drozd |

**STIPULATION**

1. By previous order, this matter was set for a status conference on October 31, 2023.

2. By this stipulation, Defendant David Warren Lehew now moves to continue the status conference until February 6, 2024, and to exclude time between October 31, 2023 and February 6, 2024 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes local and federal law enforcement reports, attachments, recorded interviews, phone extractions, and criminal history records, and that these materials have been produced to counsel.

   b) Counsel for defendant desires additional time to review the discovery, review and discuss the discovery with their client, conduct defense investigation as it relates to trial and possible sentencing issues, discuss potential resolution options, and

-1-

otherwise prepare for trial.

c) Counsel for defendant believes the failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 31, 2023 to February 6, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: October 27, 2023            HEATHER E. WILLIAMS
                                   Federal Defender

                                   */s/ Meghan McLoughlin*
                                   MEGHAN MCLOUGHLIN
                                   Assistant Federal Defenders
                                   Attorneys for Defendant
                                   DAVID WARREN LEHEW

Dated: October 27, 2023            */s/ James Conolly*_____
                                   JAMES CONOLLY
                                   Assistant United States Attorney

/////

/////

/////

/////

/////

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference scheduled for October 31, 2023 is vacated and continued to February 6, 2024, at 9:30 a.m. and time is excluded between October 31, 2023 and February 6, 2024 under Local Code T4.

IT IS SO ORDERED.

Dated: __October 27, 2023__                    *Dale A. Drozd*
                                               DALE A. DROZD
                                               UNITED STATES DISTRICT JUDGE