1  PHILLIP A. TALBERT
   United States Attorney
2  JAMES R. CONOLLY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            | CASE NO. 2:23-CR-216-DAD
12 |                    Plaintiff,        | STIPULATION TO VACATE STATUS
   |                                      | CONFERENCE AND SET CHANGE OF PLEA
13 |         v.                           | HEARING; ORDER
14 | DAVID WARREN LEHEW,                  | DATE: January 23, 2024
   |                                      | TIME: 9:30 a.m.
15 |                    Defendant.        | COURT: Hon. Dale A. Drozd

16                         **STIPULATION**

17     Plaintiff United States of America, by and through its counsel of record, and defendant, by and
18 through defendant's counsel of record, hereby stipulate as follows:

19     1.     By previous order, the Court set this matter for a status conference on February 6, 2024,
20 with time excluded under Local Code T4 from calculations under the Speedy Trial Act, up to and
21 including that date. ECF No. 13.

22     2.     The parties have reached a resolution in this case, which has been memorialized in a
23 written agreement.

24     3.     By this stipulation, the parties now move to vacate the status date and to set this matter
25 for a change of plea hearing on January 23, 2024, at 9:30 a.m., before this Court.

26     4.     Because defense counsel intends to use the time between now and January 23, 2024, to
27 prepare his client for the change of plea hearing and to otherwise continue her review and investigation
28 of the discovery for the purposes of plea and sentencing, the exclusion of time under Local Code T4

STIPULATION TO VACATE STATUS CONFERENCE AND            1
SET CHANGE OF PLEA HEARING

remains appropriate.

5. The government does not object to maintaining the current exclusion of time under Local Code T4 up to and including February 6, 2024, based on defense counsel's representations.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 17, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated:  January 17, 2024

/s/ MEGHAN MCLOUGHLIN
MEGHAN MCLOUGHLIN
Assistant Federal Defender
Counsel for Defendant
DAVID WARREN LEHEW

## ORDER

The Court, having read the foregoing stipulation of the parties, and adopting the representations therein, orders as follows:

1. The matter is set for a change of plea hearing on January 23, 2024, at 9:30 a.m., before this Court.
2. The status conference set for February 6, 2024, is vacated.
3. The exclusion of time under Local Code T4, currently running through February 6, 2024, by prior order of this Court, will remain in place.

IT IS SO ORDERED.

Dated:  **January 18, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE