HEATHER E. WILLIAMS, #122664
Federal Defender
MEGHAN McLOUGHLIN, NY# 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
DAVID WARREN LEHEW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-CR-00216-DAD |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING DATE; ORDER** |
| vs. | |
| DAVID WARREN LEHEW, | Date: June 25, 2024<br>Time: 9:30 a.m.<br>Court: Hon. Dale A. Drozd |
| Defendant. | |

**STIPULATION**

Defendant, DAVID WARREN LEHEW, by and through his counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1. By previous order, this case was set for sentencing on June 25, 2024, .

2. By this stipulation, defendant now moves to continue the sentencing hearing until October 1, 2024. As this is a sentencing and a change of plea and admission have already been entered, no exclusion of time under the Speedy Trial Act is required.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant has been seeking and investigating different mitigation documents related to defendant and vital at sentencing. In addition, defense counsel is exploring additional mitigation investigations.

   b) This is Mr. Lehew's first request for a continuance of his sentencing hearing.

-1-

        c)        Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)        The government does not object to the continuance.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: June 5, 2024

*/s/ Meghan D. McLoughlin*
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
DAVID WARREN LEHEW

Dated: June 5, 2024

*/s/ James Conolly*
JAMES CONOLLY
Assistant United States Attorney

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for June 25, 2024, is continued to October 1, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **June 9, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE