HEATHER E. WILLIAMS, #122664
Federal Defender
MEGHAN McLOUGHLIN, #354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
DAVID WARREN LEHEW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CR-00216-DAD |
| Plaintiff, | **ORDER FOR SUBSTITUTION OF COUNSEL** |
| vs. | |
| DAVID WARREN LEHEW, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Federal Defender is relieved as counsel and that Mr. Christopher Cosca, is appointed to represent Mr. David Warren Lehew.

IT IS SO ORDERED.

Dated: **March 24, 2025**

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

-1-