COSCA LAW CORPORATION
CHRIS COSCA     CA SBN 144546
701 University Avenue, Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
DAVID LEHEW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-CR-00216-DAD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| vs. | |
| DAVID WARREN LEHEW, | |
| Defendant. | |

## **STIPULATION**

By previous order, this matter was set for Judgment and Sentencing on April 7, 2025. The parties now stipulate to continue Judgment and Sentencing to June 23, 2025. The court recently appointed defense counsel and additional time is needed to prepare for sentencing.

Accordingly, by this stipulation and with the consent of the probation officer, the parties now move to continue the Judgment and Sentencing to June 23, 2025, at 9:30 a.m.

///

///

///

///

STIP AND ORDER CONTINUING J&S
USA v. David Lehew

Respectfully submitted,

Dated: April 1, 2025         /s/ Chris Cosca
                             CHRIS COSCA
                             Attorney for Defendant
                             DAVID LEHEW

Dated: April 1, 2025         /s/ James Conolly
                             JAMES CONOLLY
                             Assistant US Attorney
                             Attorney for Plaintiff

### **ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled in this case for April 7, 2025, is continued to June 23, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **April 2, 2025**                   _____
                                             DALE A. DROZD
                                             UNITED STATES DISTRICT JUDGE