1  COSCA LAW CORPORATION
   CHRIS COSCA      CA SBN 144546
2  701 University Avenue, Suite 104
   Sacramento, CA 95825
3  (916) 440-1010

4  Attorney for Defendant
   DAVID LEHEW
5

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11  UNITED STATES OF AMERICA,            )  2:23-CR-00216-DAD
                                         )
12              Plaintiff,               )  **STIPULATION AND ORDER TO**
                                         )  **CONTINUE JUDGMENT AND**
13       vs.                             )  **SENTENCING**
                                         )
14  DAVID WARREN LEHEW,                  )
                                         )
15                                       )
                                         )
16              Defendant.               )
                                         )
17  _____  )

18

19                          **STIPULATION**

20        By previous order, this matter was set for Judgment and Sentencing on June 23, 2025.

21  The parties now stipulate to continue Judgment and Sentencing until November 24, 2025. The

22  parties require additional time to gauge Mr. Lehew's obligations under the plea agreement and

23  thus assist the Court as it determines the sentence for Mr. Lehew.

24        Accordingly, by this stipulation, the parties now move to continue the Judgment and

25  Sentencing to November 24, 2025.

26  ///

27  ///

28  ///

///

                        STIP AND ORDER CONTINUING J&S
                           USA v. David Lehew

Respectfully submitted,

Dated: June 18, 2025                              /s/ Chris Cosca
                                                 CHRIS COSCA
                                                 Attorney for Defendant
                                                 DAVID LEHEW

Dated: June 18, 2025                               /s/ James Conolly
                                                 JAMES CONOLLY
                                                 Assistant US Attorney
                                                 Attorney for Plaintiff

### ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for June 23, 2025 is continued to . The parties now stipulate to November 24, 2025 at 9:30 a.m.

IT IS SO ORDERED.

Dated:    **June 18, 2025**                    _____
                                               DALE A. DROZD
                                               UNITED STATES DISTRICT JUDGE

STIP AND ORDER CONTINUING J&S
USA v. David Lehew