COSCA LAW CORPORATION
CHRIS COSCA     CA SBN 144546
701 University Avenue, Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
DAVID LEHEW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-CR-00216-DAD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| vs. | |
| DAVID WARREN LEHEW, | |
| Defendant. | |

## **STIPULATION**

By previous order, this matter was set for Judgment and Sentencing on November 24, 2025. The parties now stipulate to continue the case for Status Regarding Judgment and Sentencing until January 26, 2026. The parties require additional time to gauge Mr. Lehew's obligations under the plea agreement and thus assist the Court as it determines the sentence for Mr. Lehew.

Accordingly, by this stipulation, the parties now move to continue this matter for Status Regarding Judgment and Sentencing to January 26, 2026.

///

///

///

STIP AND ORDER CONTINUING J&S
USA v. David Lehew

Respectfully submitted,

Dated: November 19, 2025     /s/ Chris Cosca
CHRIS COSCA
Attorney for Defendant
DAVID LEHEW

Dated: November 19, 2025     /s/ James Conolly
JAMES CONOLLY
Assistant US Attorney
Attorney for Plaintiff

## **ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for November 24, 2025 is vacated and the case is continued for a status conference regarding sentencing to January 26, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **November 19, 2025**          /s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE