ERIC GRANT
United States Attorney
JAMES CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>DAVID WARREN LEHEW,<br><br>                    Defendant. | CASE NO.  2:23-CR-216-DAD<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE RE JUDGMENT & SENTENCING HEARING; ORDER<br><br>DATE: January 26, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status conference regarding sentencing on January 26, 2026. ECF No. 36.

2.      By this stipulation, the parties jointly request to continue the status until August 10, 2026.

3.      The parties require additional time to gauge Mr. Lehew's obligations under the Plea Agreement and thus assist the Court as it determines the sentence for Mr. Lehew.

/ / /

/ / /

/ / /

STIPULATION AND PROPOSED ORDER                    1

4.      Accordingly, by this stipulation, the parties now move to continue this matter for further Status Regarding Judgment and Sentencing to August 10, 2026.

IT IS SO STIPULATED.

Dated:  January 22, 2026

ERIC GRANT
United States Attorney

/s/ JAMES CONOLLY
JAMES CONOLLY
Assistant United States Attorney

Dated:  January 22, 2026

/s/ CHRIS COSCA
CHRIS COSCA
Counsel for Defendant
DAVID WARREN LEHEW

## ORDER

For the reasons set forth in the stipulation above, the status conference regarding sentencing set for January 26, 2026, at 9:30 a.m. is vacated and re-set for August 10, 2026, at 9:30 a.m., before this Court.

IT IS SO ORDERED.

Dated:    **January 22, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER

2