COSCA LAW CORPORATION
CHRIS COSCA CA SBN 144546
701 University Avenue, Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
DAVID LEHEW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>DAVID WARREN LEHEW,<br>Defendant. | 2:23-CR-00216-DAD<br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

**STIPULATION**

By previous order, this matter was set for Judgment and Sentencing on August 10, 2026. The parties now stipulate to continue the case for Judgment and Sentencing until August 31, 2026. The parties require additional time to gauge Mr. Lehew's obligations under the plea agreement, file appropriate pleadings, and thus assist the Court as it determines the sentence for Mr. Lehew.

Accordingly, by this stipulation, the parties now move to continue this matter for Judgment and Sentencing to August 31, 2026.

///

///

Respectfully submitted,

Dated: July 31, 2026

/s/ Chris Cosca
CHRIS COSCA
Attorney for Defendant
DAVID LEHEW

Dated: July 31, 2026

/s/ James Conolly
JAMES CONOLLY
Assistant US Attorney
Attorney for Plaintiff

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing as to this defendant scheduled for August 10, 2026 is continued to August 31, 2026 at 9:30 a.m.

IT IS SO ORDERED.

Dated: **August 5, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE